UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>DENNEHY, BARNES, VENTURES, INC., JOHN S. DENNEHY and THOMAS BARNES,<br><br>Defendants. | CIVIL ACTION NO. |

### CENTURY 21 REAL ESTATE CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Century 21 Real Estate Corporation ("Century 21") hereby discloses that it is a subsidiary of Cendant Financial Holding Corporation which is owned by Cendant Corporation. Century 21 further discloses that Cendant Corporation is a publicly held corporation.

CENTURY 21 REAL ESTATE
CORPORATION

By its attorneys,

/s/ G. Rubenstein
Arthur L. Pressman (BBO #643094)
Gregg A. Rubenstein (BBO #639680)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated: April 19, 2004

BOS1372475.1