UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNEHY, BARNES, VENTURES, INC., ) <br> JACK DENNEHY and THOMAS BARNES, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. |

**DECLARATION OF ELIZABETH DANIELSON IN SUPPORT OF CENTURY 21 REAL ESTATE CORPORATION'S MOTION TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

I, Elizabeth Danielson, an adult individual, pursuant to 28 U.S.C. § 1746, hereby depose and state:

1. The facts set forth in this Declaration are based upon my personal knowledge.

2. I have been employed by Century 21 Real Estate Corporation ("Century 21") since March, 2000 as a Regional Director. As a Regional Director I am generally responsible for overseeing and managing all franchisees in the Eastern New England Region to insure compliance with the Century 21's Franchise Agreements.

3. On various occasions I traveled to the site of the formerly licensed Century 21 Fidelity office at 477 Harvard Street Brookline, MA. At the location I saw an external sign bearing the Century 21 name. Attached as Exhibit A is a photograph I took of the Century 21 sign. Based the presence and location of the sign, it appears that this is an approved Century 21 real estate brokerage franchise.

BOS1348140.1

- 2 -

4.      Attached as Exhibit B are two listings from the Multiple Listing Service ("MLS") posted by the defendants and the defendants' MLS office information.  These listings and office information clearly indicate that defendants continue to hold themselves out to the public as "Century 21 Fidelity Group."

I declare under penalty of perjury that the foregoing statements are true and correct.  This the 14th day of April 2004.

                                                                                     /s/ E. Danielson
                                                                                   Elizabeth Danielson