ATTN Andy

```
List #: 30718433 + BUP  *** CONDO / CO-OP - CONDO    ***
------------------------ * Listing Information * ------------------------
County:          13   REGENT CIRCLE                          List$:    309,900
                 BROOKLINE              02445-               Sale$:          0
Complex Name: 13 REGENT CIRCLE CONDO TRUST                   Unit, Bldg#: 1,13
Area:                    Subarea:            Pin # :
Schools: Grade: RUNKLE        Middle:                        High: BROOKLINE HIGH
Directions: BEACON TO REGENT CIRCLE
------------------------ * Property Information * ------------------------
Association : YES       #Units in Cmplx   :   2      #Units Owner Occp:   2
Assoc Fee   :   95.00   Complex Complete  : YES      Owner Occp Srce: OWNER
Opt Svc Fee :    0.00   Apprx Gross Liv Ar:    658   Unit Plcmnt: BACK
Apprx Lot Sz:      0    Gross LivArea Srce: OW                Unit Level :   1
Apprx Acres :    0.00   Garage/Park Spcs  :   0 / 1  Living Lvls:   1
Assoc Pool  : NO        Heat/Cool Zones   :     /    Sewer Dst  :
WtrFrt/Beach: NO /NO    Basement          : YES      Year Round :
------------------------------------------------------------------------
Total Rooms:  3  Bedrooms:  1  Full/Half/Master Baths: 1/0/NO   Fireplaces:  0
                 * Room Levels, Dimensions and Descriptions *
Liv:                                 Bt1:
Din:                                 Bt2:
Fam:                                 Ldy:
Kit:                                    :
Mbr:                                    :
Br2:                                    :
Br3:                                    :
Br4:                                    :
------------------------ * Features * ------------------------
Style   : ROW    AreaAmns: SHOP    Electric: FUSE    CoolDesc: WLAR
AsscIncl: HEAT   AreaAmns: PARK    Electric: 60LS    InterFea: CATV
AsscIncl: HWTR   AreaAmns: LDMT    RoofMatr: RUBB    HotWater: OIL
AsscIncl: WATR   AreaAmns: OTHR    ExtUnitF: PATO
AsscIncl: SEWR   GrgeDesc: DEED    HeatDesc: HWBB
AsscIncl: SEWR   GrgeDesc: DEED    HeatDesc: HWBB
AsscIncl: WATR   AreaAmns: OTHR    ExtUnitF: PATO    HotWater: OIL
AsscIncl: SEWR   GrgeDesc: DEED    HeatDesc: HWBB
OptIncls: N/A    SewerWtr: CWTR    Exterior: BRCK
Documts : MDED   SewerWtr: CSEW    Flooring: WOOD
AreaAmns: TRAN   ParkDesc: DEED    Flooring: TILE
------------------------ * Remarks * ------------------------
     CITY LIVING WITHIN A SECLUDED SETTING. 3BD 1 BA CONDO
     OFFERED @ REGENT CIRCLE. PRIVATE ENT, FULL GARDEN/PATIO, W/D
     IN UNIT, DEEDED PARKING. THIS CONDO BOASTS CROWN MOLDINGS
     HWD FLRS, XTRA CLOSETS AND GREAT LIGHT. CLOSE TO EVERYTHING.
------------------------ * Other Property Info * ------------------------
YRBlt/Conv : 1895 / 0000   Book : 999999  MBK :    Assessed$ :   198,400
YRB Source : PUBLIC RECORD Page : 9999    MPG :    Tax$      :     1192.00
YRB Descrp : ACTL          Cert :                  Fiscal YR :        2
Map        :               Block:          Lot :   Zoning    : RES
Lead Paint : UNKN          UFFI : UNK  Warranty:   Disc Decl : NO
Disclosures:
Exclusions : TAXES REFLECT RES. EXEMPTION.
------------------ * Office, Agent and Market Information * ------------------
List Ofc: CENTURY 21 FIDELITY GROUP      #617-566-6200    Compensation:
List Agt: ALEX KUZAKOVSKY                #617-877-9466       Sub-Agt: 2
Sale Ofc: RE/MAX COSMOPOLITAN PROPERTIES #617-267-0003       Buyer-Agt: 2
Sale Agt: BEATRICE CASSIS                #617-796-5647       Othr: 2
Showing : Sub_Agt: CALL AGT           Buyer-Agt: CALL AGT
Special Instructions: CALL MILANA TO SHOW 617-699-7474!!!   TLA : ERTS
Firm Rmk: CALL MILANA TO SHOW 617-699-7474!!                EO: Y
Team Mbr:
------------------------------------------------------------------------
List Date: 05/06/03    DOM:  35    Seller(s): CHARMING PERSON
Expire Dt:             PB :        Address :
OffMkt Dt: 06/09/03    PS :
Sale Date:             CC :        Phone     :
Original$:  309,900    FIN:        Tenant
                                   Phone     :
------------------------------------------------------------------------
 *** The information in this listing was gathered from third party sources ***
     including the seller and public records. MLS Property Information Network
     and its subscribers disclaim any and all representations or warranties as
     to the accuracy of this information.

Copyright(c) 2003, MLS Property Information Network, Inc. All rights reserved.
```

Prepared by: Edward Mullowney Mr. on June 9, 2003

ATTN: Andy

```
List #: 30707441   ACT  *** CONDO / CO-OP - CONDO    ***
------------------------- * Listing Information * -------------------------
                                                         List$:    224,900
County:         35    GLENCOE                            Sale$:          0
                BOSTON                 02135-
Complex Name: XXXXXXX                                    Unit, Bldg#: 31,35
                              Subarea:         Pin # :
Area: BRIGHTON                Middle:                    High:
Schools: Grade:
Directions: N.BEACON TO GLENCOE
------------------------ * Property Information * -------------------------
Association : YES     #Units in Cmplx  :  38    #Units Owner Occp:     0
Assoc Fee   : 305.00  Complex Complete : YES    Owner Occp Srce:
Opt Svc Fee :   0.00  Apprx Gross Liv Ar:   805    Unit Plcmnt: UPPR
Apprx Lot Sz:     0   Gross LivArea Srce: OW        Unit Level :    3
Apprx Acres :  0.00   Garage/Park Spcs : 0 / 1      Living Lvls:    4
Assoc Pool  : YES     Heat/Cool Zones  :   /        Sewer Dst  :
WtrFrt/Beach: NO /NO  Basement         : NO         Year Round : YES
---------------------------------------------------------------------------
Total Rooms:  4  Bedrooms:  2  Full/Half/Master Baths: 1/0/NO  Fireplaces: 0
              * Room Levels, Dimensions and Descriptions *
                                   Bt1:
Liv:                               Bt2:
Din:                               Ldy:
Fam:                                  :
Kit:                                  :
Mbr:                                  :
Br2:                                  :
Br3:                                  :
Br4:                                  :
----------------------------- * Features * --------------------------------
Style   : MID     AsscIncl: LNDY   AreaAmns: LDMT   Flooring: W/W
AsscIncl: HEAT    AsscIncl: ELEV   AreaAmns: OTHR   CoolDesc: WAIR
AsscIncl: HWTR    AsscIncl: XMNT   SewerWtr: CWTR   Insulatn: UNKN
AsscIncl: WATR    OptIncls: N/A    Constrct: BRCK
AsscIncl: SEWR    PoolDesc: INGD   ParkDesc: DEED
AsscIncl: MINS    AreaAmns: TRAN   HeatDesc: OTHR
AsscIncl: SECS    AreaAmns: SHOP   Exterior: BRCK
AsscIncl: POOL    AreaAmns: POOL   Flooring: TILE
------------------------------ * Remarks * --------------------------------
    SUNFILLED 2BD CONDO NEW TILE AND CARPET
    FRESH PAINT, POOL ELEV, LNDRY, PROFF
    MANAG. WHY RENT WHEN YOU CAN OWN.

------------------------ * Other Property Info * --------------------------
YRBlt/Conv : 1965 / 0000   Book : 999999  MBK :     Assessed$ :  133,500
YRB Source : PUBLIC RECORD Page : 9999    MPG :     Tax$      :   1335.00
YRB Descrp : ACTL          Cert :                   Fiscal YR :      2
Map        :               Block:         Lot :     Zoning    : RES
Lead Paint : UNKN          UFFI : UNK  Warranty: NO Disc Decl : NO
Disclosures:
Exclusions :
-------------------- * Office, Agent and Market Information * --------------
List Ofc: CENTURY 21 FIDELITY GROUP    #617-566-6200    Compensation:
List Agt: ALEX KUZAKOVSKY              #617-877-9466    Sub-Agt  : 2
Sale Ofc:                              #                Buyer-Agt: 2
Sale Agt:                              #                Othr: 2
Showing : Sub_Agt: CALL AGT            Buyer-Agt: CALL AGT
Special Instructions:                                   TLA : ERTS
Firm Rmk:                                               EO: Y
---------------------------------------------------------------------------
List Date: 04/08/03   DOM:   6     Seller(s): Seller(s) Name:"
```