Page 1 of 1

### Agent and Office Rosters - Office Information

Century 21 Fidelity Group
477 Harvard St
Brookline, MA 02146
(617) 566-6200
Fax: (617) 566-2148
Office Id: BB6690
Current Listings

**Responsible Member**
Thomas Barnes
() -

**Office Contact Member**
Thomas Barnes
() -

| Office Members | MLS Id |
|---|---|
| Thomas Barnes | BB983256 |
| Joe Kennedy | BB921399 |
| David Mooney | BB803721 |
| Dawn Reisbig | BB804664 |