AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

CENTURY 21 REAL ESTATE CORPORATION

V.

DENNEHY, BARNES, VENTURES, INC., JOHN S. DENNEHY AND THOMAS BARNES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   04-10785DPW

**04 10785 DPW**

TO: (Name and address of Defendant)

Thomas Barnes
477 Harvard Street
Brookline, MA  02446

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur L. Pressman, Esq.
Gregg A. Rubenstein, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110-2131
(617) 345-1000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                 4-19-04

CLERK                                                        DATE

(By) DEPUTY CLERK

7020K

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                *Date*                                       *Signature of Server*

                                                    _____
                                                    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

I hereby certify and return that today, April 21, 2004, I served a true and attested copy of the within Summons together with a copy of the Verified Complaint; Civil Cover Sheet; Corporate Disclosure Sheet; Motion for Preliminary Injunction; Memorandum of Law in Support of Motion for Preliminary Injunction; and Declaration of E. Danielson in Support of Motion for Temporary Restraining Order and / or Preliminary Injunction in this action upon the within named **Thomas Barnes**, by giving in hand to Thomas Barnes. Said service was effected at: Dennehy Barnes Ventures Inc., 477 Harvard St., Brookline, MA 02446.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 21, 2004.

_____
**John Karakashian,** Process Server
& Disinterested Person over Age 18.

Service & Travel:$50.00

**Butler and Witten**
Boston, MA
(617) 325-6455