AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

CENTURY 21 REAL ESTATE CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

DENNEHY, BARNES, VENTURES, INC., JOHN S.
DENNEHY AND THOMAS BARNES

CASE NUMBER:   04-10785DPW

TO: (Name and address of Defendant)

John S. Dennehy
477 Harvard Street
Brookline, MA   02446

75 Endicott St
Boston, MA

04-10785 DPW

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur L. Pressman, Esq.
Gregg A. Rubenstein, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA   02110-2131
(617) 345-1000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

4-19-04

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                               Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

I hereby certify and return that today, April 20, 2004, I served a true and attested copy of the within Summons together with a copy of the Verified Complaint; Civil Cover Sheet; Corporate Disclosure Sheet; Motion for Preliminary Injunction; Memorandum of Law in Support of Motion for Preliminary Injunction; and Declaration of E. Danielson in Support of Motion for Temporary Restraining Order and / or Preliminary Injunction in this action upon the within named **John S. Dennehy**, by giving in hand to John S. Dennehy. Said service was effected at his residence: 75 Endicott St., Boston, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 20, 2004.

_____
**John Karakashian,** Process Server
& Disinterested Person over Age 18.


Service & Travel:$45.00


**Butler and Witten**
Boston, MA
(617) 325-6455