UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04CV10785DPW

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION, PLAINTIFF, | ) ) ) |
| v. | ) ) ) |
| DENNEHY, BARNES, VENTURES, INC., JOHN S. DENNEHY AND THOMAS BARNES, DEFENDANTS. | ) ) ) ) ) |

### NOTICE OF APPEARANCE

Now comes Jonathon D. Friedmann of the Law Firm Rudolph Friedmann LLP, 92 State Street, Boston, Massachusetts 02109 and hereby files his appearance on behalf of the defendant John S. Dennehy relative to the above-entitled matter.

Respectfully submitted,

Defendant,

JOHN S. DENNEHY,

By his Attorney,

_____
Jonathon D. Friedmann
BBO #180130
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
(617) 723-7700
E-Mail: JFriedmann@RFLawyers.com

Dated: May 13, 2004

## CERTIFICATE OF SERVICE

I, Jonathon D. Friedmann, hereby certify that I have this day served a true copy of this document upon the opposing parties as listed below, by mailing a copy thereof this 13th day of May, 2004.

_____
Jonathon D. Friedmann

Gregg A. Rubenstein, Esq.
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110

Thomas Barnes
12 Temple Street
Boston, MA 02109

Dennehy, Barnes, Ventures, Inc.
12 Temple Street
Boston, MA 02109