UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DENNEHY, BARNES, VENTURES, INC., JOHN S. DENNEHY and THOMAS BARNES, | ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION NO. 04-10785DPW

## NOTICE OF APPEARANCE

Please enter the appearance of Kenneth D. Small and Pamela A. Zorn of the law firm Sherin and Lodgen LLP as counsel for defendants Dennehy, Barnes, Ventures, Inc. and Thomas Barnes.

DENNEHY, BARNES, VENTURES, INC. and
THOMAS BARNES

By their attorneys,

/s/ Kenneth D. Small
Kenneth D. Small BBO# 56786
Pamela A. Zorn BBO# 640800
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Dated: May 19, 2004

00002574.DOC