UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNEHY, BARNES, VENTURES, INC., )<br>JOHN S. DENNEHY and THOMAS BARNES, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-10785DPW |

**ASSENTED-TO MOTION OF DEFENDANTS DENNEHY, BARNES, VENTURES, INC.
AND THOMAS BARNES FOR AN EXTENSION OF TIME IN WHICH
TO FILE A RESPONSIVE PLEADING AND OPPOSE MOTION
FOR PRELIMINARY INJUNCTION**

Defendants Dennehy, Barnes, Ventures, Inc. and Thomas Barnes (together "Moving Defendants") hereby move the Court to grant them an extension of time in which to answer or otherwise respond to the Verified Complaint and to oppose plaintiff's Motion for Preliminary Injunction. Plaintiff has assented to this Motion. As grounds therefor, Moving Defendants state as follows:

1. On April 20, 2004, Dennehy, Barnes, Ventures, Inc. was served with copies of the Verified Complaint, Motion for Preliminary Injunction, Memorandum of Law in Support of Motion for Preliminary Injunction and other initiating papers filed in this matter.

2. On April 21, 2004, Thomas Barnes was served with copies of the Verified Complaint, Motion for Preliminary Injunction, Memorandum of Law in Support of Motion for Preliminary Injunction and other initiating papers filed in this matter.

3. On May 14, 17 and 19, 2004, counsel for the Moving Defendants conferred with counsel for plaintiff, and counsel agreed to allow Moving Defendants until May 28, 2004 to file an opposition to the Motion for Preliminary Injunction and papers in support and until to June 9, 2004 to respond to the Verified Complaint.

WHEREFORE, based on the parties' agreement, the Moving Defendants respectfully request that this Court grant them an extension to and including May 28, 2004 to file an opposition to the Motion for Preliminary Injunction and papers in support and to an including June 9, 2004 to file and serve their response to plaintiff's Verified Complaint.

DENNEHY, BARNES, VENTURES, INC.
and THOMAS BARNES

By their attorneys,


/s/ Kenneth D. Small
Kenneth D. Small BBO #567868
Pamela A. Zorn BBO #640800
SHERIN AND LODGEN LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 646-2000

Dated: May 19, 2004

**ASSENTED TO:**


 /s/ Gregg A. Rubenstein
Arthur L. Pressman BBO #643094
Gregg A. Rubenstein BBO #639680
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000