UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04CV10785DPW

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION, PLAINTIFF, | ) ) ) ) |
| v. | ) ) |
| DENNEHY, BARNES, VENTURES, INC., JOHN S. DENNEHY AND THOMAS BARNES, DEFENDANTS. | ) ) ) ) ) |

## JOINT STIPULATED MOTION TO EXTEND TIME FOR FILING OF ANSWER (DEFENDANT JOHN S. DENNEHY)

Now comes the defendant John S. Dennehy and by agreement with the plaintiff hereby submits this Joint Stipulated Motion to Extend Time by which the defendant John S. Dennehy is required to file an answer or other responsive pleading to the Complaint. The parties hereto hereby stipulate and agree to extend the timeframe by which the defendant Dennehy needs to file his Answer through to and including June 4, 2004.

WHEREFORE, the defendant John Dennehy with the assent of the plaintiff respectfully requests this Honorable Court to grant an extension of time through and including June 4, 2004 for the defendant Dennehy to file his Answer or otherwise file a responsive pleading to the Complaint.