UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| CENTURY 21 REAL ESTATE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 04-10785DPW |
| v. | ) | |
| | ) | |
| DENNEHY, BARNES, VENTURES, INC., | ) | |
| JOHN S. DENNEHY and THOMAS BARNES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Kenneth D. Small and Pamela A. Zorn of the law firm

Sherin and Lodgen LLP as counsel for defendants Dennehy, Barnes, Ventures, Inc. and Thomas

Barnes.

DENNEHY, BARNES, VENTURES, INC. and
THOMAS BARNES

By their attorneys,


/s/  Pamela A. Zorn
Kenneth D. Small BBO# 567868
Pamela A. Zorn BBO# 640800
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Dated:  May 20, 2004

00002730.DOC