Christos
DRY CLEANING • TAILORING
STARBUCKS COFFEE
DOMANI HAIR
pizzapalooza