UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNEHY, BARNES, VENTURES, INC., )<br>JOHN S. DENNEHY AND THOMAS BARNES )<br>)<br>Defendants. )<br>) | C.A. 04-10785 DPW |

**DENNEHY/BARNES, VENTURES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1(a) and Local Rule 7.3(B), Defendant Dennehy/Barnes, Ventures, Inc. ("Dennehy/Barnes"), through the undersigned counsel, states that Dennehy/Barnes is a privately owned Massachusetts corporation. There is no parent corporation and no publicly held company owns 10% or more of its stock.

|  |  |
|---|---|
| | DENNEHY/BARNES, VENTURES, INC.<br>By its attorneys, <br><br>/s/ Kenneth D. Small<br>Kenneth D. Small, BBO# 567868<br>Pamela A. Zorn, BBO# 640800<br>Sherin and Lodgen LLP<br>100 Summer Street<br>Boston, MA 02110 |
| Dated: June 9, 2004 | (617) 646-2000 |

{00006053.DOC /}