UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNEHY, BARNES, VENTURES, INC., )<br>JOHN S. DENNEHY AND THOMAS BARNES, )<br>)<br>Defendants. )<br>) | C.A. 04-10785 DPW |

## CERTIFICATION OF DENNEHY BARNES VENTURES, INC. and THOMAS BARNES PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby affirm that Dennehy Barnes Ventures, Inc. and Thomas Barnes and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Kenneth D. Small (BBO#: 567868)
Pamela A. Zorn, BBO# 640800
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

_____
Thomas Barnes, individually and on behalf
of Dennehy Barnes Ventures, Inc.

Dated: June 24, 2004

00008240.DOC