UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNEHY, BARNES, VENTURES, INC., ) <br> JOHN S. DENNEHY and THOMAS BARNES, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 04-10785DPW |

## **LOCAL RULE 16.1 CERTIFICATION**

Plaintiff, Century 21 Real Estate Corporation, and its counsel certify that they have conferred with defendants and their counsel: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternatives courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

CENTURY 21 REAL ESTATE CORPORATION

By its attorneys,                                              CENTURY 21 REAL ESTATE CORP.

_____                            By: _____
Arthur L. Pressman (BBO #643094)                      Walter F. Dembiec, Jr., Group VP, Legal
Gregg A. Rubenstein (BBO #639680)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: June 21, 2004

BOS1392478.1