UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION, ) | ) |
| ) |
| Plaintiff, ) |
| ) CIVIL ACTION NO. 04-10785DPW |
| v. ) |
| ) |
| DENNEHY, BARNES, VENTURES, INC., ) |
| JOHN S. DENNEHY and THOMAS BARNES, ) |
| ) |
| Defendants. ) |
| ) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to U.S.D.C. Local Rule 83.5.2 (e), that effective July 6, 2004, Sherin and Lodgen LLP will relocate its offices to 101 Federal Street, Boston, Massachusetts 02110. Our telephone and fax numbers are the same.

    DENNEHY, BARNES, VENTURES, INC. and
    THOMAS BARNES

    By their attorneys,

    /s/ Kenneth D. Small
    Kenneth D. Small BBO#: 567868
    Pamela A. Zorn BBO#: 640800
    Sherin and Lodgen LLP
    100 Summer Street
    Boston, MA 02110
    (617) 646-2000

Dated: July 2, 2004