UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-10785DPW |
| v. ) | |
| DENNEHY, BARNES, VENTURES, INC., ) JOHN S. DENNEHY and THOMAS BARNES, ) | |
| Defendants. ) | |

## LIMITED STIPULATION OF DISMISSAL AS TO THE DEFENDANT JOHN S. DENNEHY

Now comes the plaintiff and the defendant John S. Dennehy in the above-captioned matter who hereby stipulate and agree to dismissal of all claims against John S. Dennehy without prejudice. This dismissal shall in no way affect the Permanent Injunction on Consent entered by the Court against Mr. Dennehy. All other claims and actions other than the Permanent injunction on Consent against Mr. Dennehy shall be and hereby are dismissed without prejudice, without costs and with all right of appeal here from having been waived.

Respectfully submitted,

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION<br><br>By its attorneys,<br><br><br>      /s/ G. Rubenstein<br>Arthur L. Pressman (BBO #643094)<br>Gregg A. Rubenstein (BBO #639680)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000 | DENNEHY, BARNES, VENTURES, INC. and THOMAS BARNES<br><br>By their attorneys,<br><br><br>      /s/ K. Small<br>Kenneth D. Small (BBO #567868)<br>Pamela Zorn (BBO #640800)<br>SHERIN AND LODGEN LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 646-2000 |
| | JOHN S. DENNEHY,<br><br>By his attorney,<br><br><br>      /s/ J. Friedmann<br>Jonathon D. Friedmann (BBO #180130)<br>RUDOLPH FRIEDMANN LLP<br>92 State Street<br>Boston, MA 02109<br>(617) 723-7700 |

Dated:  July 26, 2004