UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) C.A. 04-10785 DPW |
| v. | ) <br> ) |
| DENNEHY, BARNES, VENTURES, INC., JOHN S. DENNEHY AND THOMAS BARNES, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## ASSENTED-TO MOTION TO WITHDRAW

Kenneth D. Small and Pamela A. Zorn of Sherin and Lodgen LLP ("Counsel"), counsel for the defendants Dennehy, Barnes, Ventures, Inc., and Thomas Barnes ("Defendants"), move for an order allowing them to withdraw from their representation of the Defendants in this action. See Local Rule 83.5.2(c).  There is a motion to extend discovery pending before the court.  There are no other substantive motions presently pending before the Court.  No firm trial date has been set.  Withdrawal is necessary because the defendants have informed Counsel that they lack the resources to fund to their defense and thus no longer desire representation.  See Affidavit of Thomas Barnes in Support of Motion to Withdraw, ¶4.  Defendants have thus requested that the Plaintiffs communicate with them directly.  Id.

In support of their motion, Counsel submit the attached Affidavit of Thomas Barnes.

WHEREFORE, Counsel requests the Court to allow the withdrawal of Kenneth D. Small Pamela A. Zorn of Sherin and Lodgen LLP as counsel for in this action.

                                           DENNEHY, BARNES, VENTURES, INC. and
                                           THOMAS BARNES

                                           By their attorneys,

                                           /s/ Kenneth D. Small
                                           Kenneth D. Small BBO# 567868
                                           Pamela A. Zorn BBO# 640800
                                           Sherin and Lodgen LLP
                                           101 Federal Street
                                           Boston, MA 02110
                                           (617) 646-2000

Dated:  December 15, 2004

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Dennehy, Barnes, Ventures, Inc., and Thomas Barnes certifies that, in a telephone conversation on December 15, 2004, I conferred in good faith with counsel for the plaintiff, concerning the Motion to Withdraw.  Counsel for the plaintiff assented to this Motion to Withdraw.

                                           /s/ Kenneth D. Small
                                           Kenneth D. Small BBO# 567868
                                           Pamela A. Zorn BBO# 640800
                                           Sherin and Lodgen LLP
                                           101 Federal Street
                                           Boston, MA 02110
                                           (617) 646-2000