UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNEHY, BARNES, VENTURES, INC., )<br>JOHN S. DENNEHY AND THOMAS BARNES, )<br>)<br>Defendants. )<br>) | C.A. 04-10785 DPW |

## SUGGESTION OF BANKRUPTCY

     PLEASE TAKE NOTICE that on February 8, 2005, Thomas Barnes, a named defendant in this action, filed a voluntary petition under Chapter 7 of Title 11, U.S. Code (the "Bankruptcy Code") with the United States Bankruptcy Court, District of Massachusetts. Section 362 of the Bankruptcy Code stays the continuation of the above-captioned proceeding as against Thomas Barnes.

THOMAS BARNES

By his attorneys,

/s/ Kenneth D. Small
Kenneth D. Small, BBO# 567868
Pamela A. Zorn, BBO# 640800
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: February 8, 2005

00052262.DOC