UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-10785DPW |
| v. ) | |
| DENNEHY, BARNES, VENTURES, INC., ) JOHN S. DENNEHY and THOMAS BARNES, ) | |
| Defendants. ) | |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE AND WITHOUT COSTS**

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, Century 21 Real Estate Corporation and the defendant Dennehy, Barnes, Ventures, Inc. hereby voluntarily agree and stipulate to the dismissal of this action without prejudice, each party to pay its own costs and attorneys' fees. This dismissal shall in no way affect the Permanent Injunction on Consent entered by the Court against Mr. Dennehy.

Respectfully submitted,

| CENTURY 21 REAL ESTATE CORPORATION | DENNEHY, BARNES, VENTURES, INC. and THOMAS BARNES |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ G. Rubenstein<br>Arthur L. Pressman (BBO #643094)<br>Gregg A. Rubenstein (BBO #639680)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000 | /s/ K. Small<br>Kenneth D. Small (BBO #567868)<br>Pamela Zorn (BBO #640800)<br>SHERIN AND LODGEN LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 646-2000 |

Dated: March 14, 2005

BOS1474050.1