UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTURY 21 REAL ESTATE CORPORATION,
    Plaintiff

CIVIL ACTION NO. 04-10785-DPW

v.

DENNEHY, BARNES, VENTURE, INC., ET AL.,
    Defendants

### PROCEDURAL ORDER FOR ADMINISTRATIVE CLOSING OF CASE

WOODLOCK, District Judge

    A Suggestion of bankruptcy by Defendant, Thomas Barnes, was filed with this Court on February 8, 2005. Stipulations of Dismissal were filed on July 26, 2004 as to John S. Dennehy, and on March 14, 2005 as to Dennehy, Barnes, Venture, Inc.

    Accordingly, it is hereby ORDERED that the above-entitled action be, and it hereby is, administratively closed without prejudice to any party moving to restore it to the docket if any further action is required as a result of action in the bankruptcy proceedings. Parties shall file a status report with this court at the completion of the bankruptcy proceedings.

    <u>The scheduling conference previously set of, April 19, 2005 is Canceled in view of this Order</u>.

DATED: March 17, 2005                  BY THE COURT,

                                                /s/ Michelle Rynne
                                                Deputy Clerk